IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00072-CMA-KLM

C. PORTER CUTRELL, an individual,

    Plaintiff,

v.

THE CHRISTIAN BROTHERS OF J.K. MULLEN HIGH SCHOOL, INC., a Colorado corporation,

    Defendant.

---

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the **Stipulated Protective Order** [Docket No. 15; Filed April 17, 2012], filed as a Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows. The proposed Stipulated Protective Order is approved with interlineations and entered contemporaneously with this Minute Order.

    Dated: April 18, 2012