# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00072-CMA-KLM

C. PORTER CUTRELL, an individual,

    Plaintiff,

v.

THE CHRISTIAN BROTHERS OF J.K. MULLEN HIGH SCHOOL, INC.,
a Colorado corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with the parties' Stipulation To Dismiss All Claims Between Plaintiff C. Porter Cutrell, and Defendant, The Christian Brothers of J.K. Mullen High School, Inc., With Prejudice  (Doc. # 30) signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay their respective costs and attorney's fees.

DATED at Denver, Colorado, this 18th day of October, 2012.

BY THE COURT:

*(signature)*
_____
CHRISTINE M. ARGUELLO
United States District Court Judge